## HEMANES v. STATE.

### No. 25245.

Court of Criminal Appeals of Texas.
March 28, 1951.

Rehearing Denied May 9, 1951.

Byron Chappell, Lubbock, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

The appeal is from a conviction for violation of the liquor law, with a fine of $500 and sixty days in the county jail.

The transcript in this record contains no notice of appeal, without which this court has no jurisdiction of the matter. The appeal is dismissed.

#### On Motion for Rehearing

GRAVES, Presiding Judge.

This cause was heretofore dismissed because of the lack of a notice of appeal to be found in the record. In the motion for rehearing we are presented with the affidavit of counsel for the appellant which states that he gave notice of appeal in open court at the time provided by law. There is no such order or statement of any kind by the clerk, the judge, or anyone else, save the affidavit of appellant's attorney to that effect.

There being no order of any kind presented in the record to this matter, we adhere to our ruling in the original opinion.

The motion for rehearing is overruled.